# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

My case is very important case and it cannot be closed as its crime and illegal

**Plaintiff:** KENNETH CHADWELL FRIEDMAN (DEVABHAKTUNI MANOGNA)

"All Defendants needs to see paper in my case"

**v.** Andrew Meyer, Brian Walker, Benjamin the sheriff, David Johnson, Sherry Scummer, Talley Ray Parker, Kevin Mccarly, David L Horan, Joe A Fish, Douglas Barton, Rebecca Rutherford,

**Defendant:** Barbara Higlynn, Morgan Arrington, Cindi Hernandez, Emily Hickman, Houma Rebecca, Raj sekhar Ginjupalli, Nave Barton, Jeran Barton, Texas state troopers, Maddali Vandan, Sam R cummings, Kelly Rentzel, Donald Iraurth, Michael Scain,

Civil Action No. 3:20CV1403-D

## COMPLAINT

- Its a criminal critical needs case of my family "Mohan Kumar Ravi", "Jaslee Ravi", "Keshav Ravi" on 11/21/2013 @ 11:11 PM after kidnapping them @ 11:11 AM @ Plano Presbyterian hospital from the patient room after baby delivery @ 2:22 AM on the same day and moved to patient room by 6:00 AM.
- They did this kidnap when I was sleeping with the baby while feeding him because of surgery done on me
- After they closed and sued the duplicate babies and Ravi I opened my eyes and came to know

* Attach additional pages as needed.

Date: 06/01/2020
Signature: Kenfriedman
Print Name: KENNETH CHADWELL FRIEDMAN (DEVABHAKTUNI MANOGNA)
Address: STREETS
City, State, Zip: DALLAS
Telephone:

*Additional Page(s) 

those are not mine and figured out through nurses too and asked them to call cops and they told me its out of their hand as I am Permanent resident but not citizen and asked me to call lawyer where she said I can open case after I get the citizenship.

The above defendants started tracking me and stalking me since 2002 Feb.14th as me and Mohan Kumar Ravi are the witness and victim of murders that are done by them by raping after dropping themselves for Madagascar.

On 01/06/2019 all of the defendants planned and murdered "The cloned set" as the man that is clone of Mohan Kumar Ravi started going against to them for his actual family and money. The second set got raped and murdered infront of my eyes in dallas downtown @ 3:33 AM when there are no cops and after they kidnapped me @ 9:00 AM forcefully.

They let me out of kidnap on 01/19/2019 soon after I escaped with another set of clone kids from day care.

After two weeks they got them back in to there

*Additional Page(s)   

court and started harassing me. They used illegal CPS case through Denton county DFPS and took away the kids and rapped them with drugs and sold them out to multiple people and killed them in April 2020 as they started taking it back after my kidnap on 05/21/20 @ 10:00 AM.

I need each and everyone of the defendants to surrender their jobs, properties, themselves and their families to me "Revathakrishni Ramaswamy Kumaran Chadwellficatean" So that in the "United States district court for the northern district of Texas" Federal court of Dallas So that I can rest in peace.

PS - I HAVE ATTORNEY NAME WHOM I contacted on 11/21/2013 & 11/22/2013 about one of our kidnap happened by vandana modoli.

I NEED ALL THE PROPERTIES OF MOHAN KUMAR RAJ THAT THEY ARE HANDLING ALONG WITH OTHERS

BARBARA McGlynn THREATENED ME ON 05/28/2020 saying that she will hire agents to kill me and she did. She threatened me when I am in Belo Park. She threatened me by coming to Belo Park where I am sitting and left after threatening me for opening cases since 07/2019 after I won case about my health in state denton county

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kenneth Chadwick Friedman
(Devathelchin reannoques)

**DEFENDANTS** SEE C...

RECEIVED
JUN - 1 2020
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b)** County of Residence of First Listed Plaintiff **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☒ 110 Insurance
- ☒ 120 Marine
- ☒ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☒ 151 Medicare Act
- ☒ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☒ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☒ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☒ 310 Airplane
- ☒ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☒ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☒ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☒ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☒ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☒ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/Accommodations
- ☒ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 448 Education

**TORTS — PERSONAL INJURY**
- ☒ 365 Personal Injury - Product Liability
- ☒ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☒ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☒ 370 Other Fraud
- ☒ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☒ 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- ☒ 463 Alien Detainee
- ☒ 510 Motions to Vacate Sentence
- ☒ 530 General
- ☒ 535 Death Penalty
**Other:**
- ☒ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☒ 555 Prison Condition
- ☒ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☒ 625 Drug Related Seizure of Property 21 USC 881
- ☒ 690 Other

**LABOR**
- ☒ 710 Fair Labor Standards Act
- ☒ 720 Labor/Management Relations
- ☒ 740 Railway Labor Act
- ☒ 751 Family and Medical Leave Act
- ☒ 790 Other Labor Litigation
- ☒ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☒ 462 Naturalization Application
- ☒ 465 Other Immigration Actions

**BANKRUPTCY**
- ☒ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☒ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☒ 870 Taxes (U.S. Plaintiff or Defendant)
- ☒ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☒ 410 Antitrust
- ☒ 430 Banks and Banking
- ☒ 450 Commerce
- ☒ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☒ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☒ 895 Freedom of Information Act
- ☒ 896 Arbitration
- ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☒ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)* MURDER CASE

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE **DAVID C GODBEY**    DOCKET NUMBER _____

DATE **06/01/2020**    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____